1  BUCHALTER
   A Professional Corporation
2  SUZANNE CATE JONES (SBN: 157496)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: 213.891.0700
4  Fax: 213.896.0400
   Email: sjones@buchalter.com
5
   Attorneys for Defendant
6  DISCOVER PRODUCTS INC.
   (erroneously sued herein as "Discover Bank")
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MIGUEL NAPOLES,                        | Case No. 2:18-cv-01591
12 |            Plaintiff,                  | [Removal From Superior Court of California, County of Los Angeles,
13 |      vs.                               | **Case No. 18STLC01327**]
14 | DISCOVER BANK; and DOES 1-10, inclusive,|
15 |                                        | **NOTICE OF REMOVAL OF DEFENDANT DISCOVER PRODUCTS INC., ERRONEOUSLY SUED AS DISCOVER BANK**
16 |            Defendants.                 |
17 |                                        | [Pursuant to 28 U.S.C. § 1331 – Federal Question]
18

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, defendant Discover Products Inc., erroneously sued as Discover Bank ("Discover"), hereby files a Notice of Removal for the action entitled *Miguel Napoles v. Discover Bank*, Superior Court of California, County of Los Angeles, Case No. 18STLCO1327 (the "Action"), and removes the Action to the United States District Court for the Central District of California. In support of this Notice of Removal, Discover states as follows:

1. **Removal Is Timely**. Discover is a named defendant in the referenced Action, which was filed on January 25, 2018 in the Superior Court of Los Angeles County, California. On January 29, 2018, Plaintiff personally served Discover's registered agent with the Summons and Complaint ("Complaint"), a true and correct copy of which is attached hereto as **Exhibit A**. On February 27, 2018, Discover timely filed this Notice of Removal within 30 days of being served with the Complaint, and within one year after "commencement of the Action" in state court. *See* 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. § 1446(a), in addition to a copy of the Complaint, **Exhibit A** also contains true and correct copies of the Civil Case Coversheet and all of the other documents and orders that accompanied service of the Complaint, as well as the parties' Stipulation for Extension of Time to Respond filed in Los Angeles County Superior Court.

2. **This Court Has Removal Jurisdiction Over this Action**. This Action is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 and is one that Discover may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b). Plaintiff Miguel Napoles ("Plaintiff") alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA") (*see* Complaint at ¶¶ 1-3, 11-13, 16-17, 20-25 and Prayer for Relief), a claim that is created by, and arises under federal law. *See Mims v. Arrow*

*Financial Services, LLC*, 132 S.Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws . . . of the United States'"). To the extent any other claims in this Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. **Proper Jurisdiction**. This Court is the proper district court for removal because the Los Angeles Superior Court is located within the United States District Court for the Central District of California.

4. **Notice Will Be/Is Being Effected**. In accordance with 28 U.S.C. § 1446(d), Discover will promptly serve a copy of this Notice of Removal and the Notice filed in the Action on counsel for Plaintiff, and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of Los Angeles County, California.

5. There are no other cases related to the instant Action, and Discover has not attempted to remove this case previously.

**WHEREFORE,** defendant Discover Products Inc., erroneously sued as Discover Bank, notices the removal of the Action filed in Los Angeles County Superior Court to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

DATED: February 27, 2018        BUCHALTER
                                A Professional Corporation

                                By:  /s/ Suzanne Cate Jones
                                     SUZANNE CATE JONES
                                     Attorneys for Defendant
                                     DISCOVER PRODUCTS INC.
                                     (erroneously sued herein as "Discover Bank")

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF REMOVAL OF DEFENDANT DISCOVER PRODUCTS INC., ERRONEOUSLY SUED AS DISCOVER BANK**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street
Suite 780
Woodland Hills, California 91367

☒ **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Los Angeles, California on February 27, 2018. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on February 27, 2018, at Los Angeles, California.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 27, 2018, at Los Angeles, California.

Barbara Cicchetti  _____
                           (Signature)