LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL NAPOLES**, | Case No. 2:18-cv-01591-AB-SK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **DISCOVER PRODUCTS, INC., et al.**, | |
| Defendant. | |

    NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates as well as Defendant's deadline to file a responsive pleading and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 26th day of March, 2018.

        By: s/Todd M. Friedman
           TODD M. FRIEDMAN
           Law Offices of Todd M. Friedman, P.C.
           Attorney for Plaintiffs

1  Filed electronically on this 26th day of March, 2018, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Andre Birotte Jr.
United States District Court

7  Central District of California

8  BUCHALTER

9  A Professional Corporation
SUZANNE CATE JONES

10  1000 Wilshire Boulevard, Suite 1500

11  Los Angeles, CA 90017

12  sjones@buchalter.com

13  This 26th day of March, 2018.

14

15  s/Todd M. Friedman
Todd M. Friedman

16

17

18

19

20

21

22

23

24

25

26

27

28